AGATINO RICCIARDI, as Administrator of the Estate of JOHN RICCIARDI, Deceased, Respondent, *v.* WILLIAM A. PINTARD et al., Appellants.

Argued June 13, 1944; decided July 19, 1944.

*Arthur B. Ewig* for appellants.

*Edward J. Fontana* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.